UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRINCIPAL LIFE INSURANCE
COMPANY,

        Plaintiff/Stakeholder,

v.

MITCHELL COTTO, JOSHUA
PINTRICK, THE ESTATE OF
ALFREDO RAMOS COTTO and
RIVERSIDE CHAPEL SIMPSON-
MODETZ FUNERAL HOME, INC.,

        Defendants/Claimants.

Case No. 2:21-cv-10828-RHC-EAS

*Hon. Robert H. Cleland*
*Mag. Judge Elizabeth A. Stafford*

---

Edna S. Kersting (IL6277775)
Wilson Elser LLP
***Attorneys for Plaintiff Principal***
***Life Insurance Company***
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 821-6162
Edna.Kersting@wilsonelser.com

---

## ORDER ALLOWING THE DEPOSIT OF LIFE INSURANCE PROCEEDS INTO THE COURT

Upon Principal Life Insurance Company's
Motion to Deposit Interpleader Funds:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Principal Life Insurance Company ("Principal Life") may deposit into the Registry of the Court by cashier's check or money order the group life insurance benefits in the amount of

256462125v.1

SIXTY THOUSAND AND 00/100 DOLLARS ($60,000.00), plus any additional interest. (the "Proceeds"), on the life of Alfredo Ramos Cotto, payable under Group Life Insurance Policy No. GL 1042393 ("the Plan"), issued by Principal Life to Total Armored Car Service, Inc.

IT IS FURTHER ORDERED that after Principal Life deposits the Proceeds into the Registry of the Court in an interest bearing account established by the Court in accordance with Local Court Rule 67.1, the Clerk is authorized to deduct from the account any fee authorized by the Judicial Conference of the United States.

Dated: JUL 27 2021

BY THE COURT:

_____
United States District Court Judge

256462125v.1